

> The extension request is GRANTED. SO ORDERED.
>
> _/s/ Jennifer E. Willis_
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> May 15, 2025

**Via ECF**
Hon. Jennifer E. Willis, U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Cardosa v. Comm'r of Soc. Sec.**
            **Docket No.: 1:25-CV-00504-AT-JW**

Dear Magistrate Judge Willis:

    I represent the plaintiff, Domingos Desousa Cardoso, in the above referenced matter seeking review of the Commissioner's denial of Social Security benefits. Kristina Cohn from the Office of General Counsel represents the Commissioner.

    I write pursuant to Your Honor's Individual Practice Rules to request an extension of the briefing schedule which would result in the following changes:

|  | **Current Date** | *New Deadline* |
|---|---|---|
| Plaintiff's Settlement Offer | May 21, 2025 | **July 21, 2025** |
| Joint Report/Stip on Settlement | June 20, 2025 | **August 20, 2025** |
| Plaintiff to Serve Motion | July 20, 2025 (Sun.) | **September 19, 2025** |
| Defendant to Serve Response | September 18, 2025 | **November 18, 2025** |
| Plaintiff to Serve Reply | October 9, 2025 | **December 2, 2025** |

    I make this request because intervening deadlines on other cases have prevented me from reviewing the Administrative Record and working on this case. As a result, there is no way that I can meet the current deadline. These dates were selected to (hopefully) prevent future scheduling conflicts. I have conferred with Ms. Cohn, and she consents to this request and agrees to these dates. There have been no prior adjournments of any of these deadlines.

    Thank you for Your Honor's consideration of this request.

                                            Respectfully submitted,
                                            **THE DEHAAN LAW FIRM P.C.**
                        By:    /s/ John W. DeHaan
                                      John W. DeHaan, Esq.
                                      jdehaan@dehaan-law.com

cc:    Kristina Cohn, OGC (Via ECF)