**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  DOMINGOS DESOUSA CARDOSO,

                          Plaintiff,                    25 **CIVIL** 0504 (AT)(JW)

       -v-                                            **<u>JUDGMENT</u>**

FRANK BISIGNANO CONSENT ORDER TO
COMMISSIONER REMAND PURSUANT TO
OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated August 12, 2025, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:**  New York, New York

      August 13, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                      **BY:**

                                                                        **Deputy Clerk**