UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOMINGOS D. CARDOSO,

                Plaintiff,

-against-

CAROLYN W. COLVIN
Acting Commissioner of Social Security,

                Defendant.
------------------------------------------------------------------X

**ORDER**

**25-CV-504 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Given the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, all deadlines in this matter are stayed and time is tolled. The Parties are to file a joint letter with new proposed deadlines after the stay is lifted. The letter should be filed within two weeks after the stay is lifted.

      SO ORDERED.

DATED:    New York, New York
              November 6, 2025

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge